# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**CADERRICK HEARD**
**#2850350**                                                                  **PLAINTIFF**

v.                                       No. 4:25-cv-1092-DPM

**KYLE HARSHBERGER, Corporal,**
**Faulkner County Detention Center**                         **DEFENDANT**

## ORDER

Unopposed recommendation, *Doc. 23*, adopted.   Fed. R. Civ. P. 72(b) (1983 addition to advisory committee notes). Harshberger's motion for summary judgment, *Doc. 15*, is granted. Heard's claims are dismissed without prejudice for failure to exhaust his administrative remedies.   An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_____
21 May 2026