## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**CADERRICK HEARD**
**#2850350**                                                    **PLAINTIFF**

v.                              **No. 4:25-cv-1092-DPM**

**KYLE HARSHBERGER, Corporal,**
**Faulkner County Detention Center**                          **DEFENDANT**

## JUDGMENT

Heard's claims are dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

21 May 2026